IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA SMALL, an individual,
KATHRYN YONGE, an individual,
NATAUSHA HANSON, an individual,
KELLY HAY, an individual, KATHERINE
BERGMAN-CHAPMAN, an individual,
and PEGGY SCHULTZ, an individual,

      Plaintiffs,

  v.

OREGON HEALTH AND SCIENCE
UNIVERSITY, an independent public
corporation,

      Defendant.

No. 3:23-cv-01290-JR

ORDER

HERNÁNDEZ, District Judge:

      Magistrate Judge Russo issued a Findings and Recommendation on August 5, 2024, in which she recommends that the Court grant Plaintiffs' motion for leave to file a first amended

1 – ORDER

complaint in part and deny it in part. F&R, ECF 39. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [39]. Accordingly, Plaintiffs' Motion for Leave to File First Amended Complaint [30] is GRANTED IN PART and DENIED IN PART. Plaintiffs' First Amended Complaint must be filed within 30 days consistent with Judge Russo's Findings and Recommendation.

IT IS SO ORDERED.


DATED: _____September 9, 2024__ .


_____
MARCO A. HERNÁNDEZ
United States District Judge


2 – ORDER