IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA SMALL, et al.,

                Plaintiff(s),

v.

OREGON HEALTH AND SCIENCE UNIVERSITY,

                Defendant(s).

Civil No. 3:23-cv-01290-JR

**ORDER OF DISMISSAL AS TO PLAINTIFF KATHRYN YONGE**

The Court having been informed by counsel for the parties that this action has been settled as to Plaintiff Kathryn Yonge,

IT IS ORDERED that this action between Plaintiff Kathryn Yonge against Defendant Oregon Health and Science University is DISMISSED with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

Dated this 12th day of June, 2025.

                                                  by    /s/ Jolie A. Russo
                                                          Jolie A. Russo
                                                          United States Magistrate Judge